**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2023

VICTOR JACKSON,

Plaintiff - Appellant,

v.

NEW KENT CIRCUIT COURT; NEW KENT JDR COURT; NEW KENT SHERIFF'S DEPARTMENT; COMMONWEALTH OF VIRGINIA (Victim Witness Program),

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:24-cv-00330-MHL)

Submitted:  March 27, 2025                    Decided:  March 31, 2025

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor Jackson appeals the district court's order dismissing his amended complaint without prejudice for failure to state a claim and failure to comply with a court order.  We have reviewed the record and discern no abuse of discretion in the district court's dismissal of Jackson's amended complaint pursuant to Fed. R. Civ. P. 41(b) for his failure to comply with the court's order regarding the proper form of his amended complaint.  Accordingly, we affirm the district court's order.  *Jackson v. New Kent Cir. Ct.*, No. 3:24-cv-00330-MHL (E.D. Va. Aug. 13, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*